# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARIAH MILLER, an individual on behalf of herself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACKSON, TENNESSEE HOSPITAL CO., LLC, )<br>d/b/a Regional Hospital of Jackson, )<br>)<br>Defendant. ) | Civil No. 3:10-1078<br>Judge Trauger |

## **O R D E R**

Given the pendency of motions that remain for disposition, it is hereby **ORDERED** that the initial case management conference scheduled for March 7, 2011 is **CONTINUED**. It will be reset following disposition of these pending motions.

It is so **ORDERED**.

ENTER this 2nd day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge