IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| **MARIAH MILLER, an individual on behalf of herself and others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **JACKSON, TENNESSEE HOSPITAL CO, LLC d/b/a REGIONAL HOSPITAL OF JACKSON,** | ) ) ) |
| **Defendant.** | ) ) ) |

Case No. 3:10-1078
Judge Trauger

### ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion for Approval of 29 U.S.C. § 216(b) Notice and Consent Forms and to Order Disclosure of Current and Former Employees (Docket No. 4), and the plaintiff's Motion for Leave to File First Amended Complaint (Docket No. 17) are both **GRANTED**. The court conditionally certifies a collective action with a class consisting of "all persons employed within the six years preceding the filing of this action by Defendant, whose pay was subject to an automatic 30 minute meal period deduction even when they performed compensable work during the unpaid 'meal break.'"

The parties shall confer and shall, within 30 days of this Order, file with the court agreed notice and consent forms. If the parties are unable to agree, the defendant shall file its objections to the plaintiffs' proposed forms by the same deadline. As discussed in the Memorandum, to the extent that the parties cannot agree on issues surrounding the disclosure of the class members' identifying information and the methods of notice, the parties shall bring these disagreements to the court's attention at the same time.

It is so Ordered.

Entered this 21st day of March 2011.

_____
ALETA A. TRAUGER
United States District Judge